■ In the Matter of WILLIAM FRIEDLAND v. D. & J. FREIBERGER et al.— Motion for an order directing the delivery of a verifax or other true copy of petitioner's Exhibit 2 granted and Monroe I. Katcher, II, Esq., is directed to file petitioner's Exhibit 2 forthwith and simultaneously serve a copy upon

plaintiff-appellant's attorney.   Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.